# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2999 Disciplinary Docket No. 3
:
Petitioner :
: No. 122 DB 2023
v. :
:
: Attorney Registration No. 315100
JASON GUY BEARDSLEY, :
:
Respondent : (Susquehanna County)

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of October, 2023, in the absence of a response to this Court's Rule to Show Cause why Respondent should not be placed on temporary suspension, the Rule is made absolute. It is ordered that:

1. Respondent is placed on temporary suspension until further definitive action by this Court, *see* Pa.R.D.E. 208(f)(2);

2. Respondent shall comply with the provisions of Pa.R.D.E. 217;

3. The President Judges of the Court of Common Pleas of Susquehanna County and the Court of Common Pleas of Wayne County shall enter such orders as may be necessary to protect the rights of Respondent's clients or fiduciary entities with which Respondent is involved, *see* Pa.R.D.E. 217(g); and

4. All financial institutions in which Respondent holds fiduciary funds shall freeze such accounts pending further action by a court of appropriate jurisdiction.

Respondent's rights to petition for dissolution or amendment of this order and to request accelerated disposition of charges underlying this order pursuant to Pa.R.D.E. 208(f)(6) are specifically preserved. This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(3) (providing an exception to the confidentiality requirement of Rule 402 when "an order of temporary suspension from the practice of law is entered by the Court pursuant to Enforcement Rule 208(f)").